AUSA: Susan Fairchild Telephone: (313) 226-9577
AO 91 (Rev. 11/11) Criminal Complaint Agent: BPA Michael Everson Telephone: (313) 926-4700

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Edgardo ALARCON-ROANO

Case: 2:26−mj−30578
Assigned To : Unassigned
Assign. Date : 9/17/2026
Description: CMP USA v Alarcon−Roano (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 15, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Michael Everson, BPA
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: September 17, 2026

City and state: Detroit, MI

Hon. Anthony P. Patti U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Edgardo ALARCON-ROANO, which reveals the following:

2. ALARCON-ROANO is a thirty-six-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about September 16, 2016, ALARCON-ROANO was arrested by Border Patrol Agents near Hidalgo, Texas. He was processed for Expedited Removal.

4. On or about September 17, 2016, ALARCON-ROANO was removed to Mexico through Brownsville, Texas.

5. On or about September 23, 2016, ALARCON-ROANO was arrested by Border Patrol Agents near Hidalgo, Texas. His prior order of removal was reinstated.

6. On September 25, 2016, ALARCON-ROANO was removed to Mexico through Hidalgo, Texas.

7. Prior to September 15, 2026, Detroit Border Patrol Agents received information that ALARCON-ROANO was illegally present in the United States. On the morning of September 15, 2026, BP agents conducted surveillance at an address in Melvindale, Michigan, where ALARCON-ROANO was known to be residing. BP agents also had the vehicle description and license plate number of the Dodge truck that ALARCON-ROANO was known to drive. On September 15, 2026, BP agents watched two people exit the house and enter the Dodge truck associated with

ALARCON-ROANO. The two individuals drove away from the residence and BP agents conducted a vehicle stop. During the stop, ALARCON-ROANO identified himself to BP agents and stated that he was born in Mexico and illegally in the United States. ALARCON-ROANO was transported to the Detroit Border Patrol Station for processing. His prior order of removal was reinstated.

8. Edgardo ALARCON-ROANO'S fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that ALARCON-ROANO is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that ALARCON- ROANO legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

9. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

10. Review of the Alien File (A# xxx xxx 726) for Edgardo ALARCON-ROANO and queries in Department of Homeland Security databases confirm no record exists of ALARCON-ROANO obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on September 25, 2016.

11. Based on the above information, I believe there is probable cause to conclude that Edgardo ALARCON-ROANO, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge
September 17, 2026